IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT MOE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 05-6302-HU |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    Kathryn Tassinari
    Drew L. Johnson
    1700 Valley River Drive
    Eugene, Oregon  97401

        Attorneys for Plaintiff

    Karin J. Immergut
    United States Attorney
    District of Oregon
    Neil J. Evans
    Assistant United States Attorney
    1000 S. W. Third Avenue, Suite 600
    Portland, Oregon  97204

Page 1 - ORDER

Richard M. Rodriguez
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington  98104

    Attorneys for Defendant

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on February 23, 2006.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  The Commissioner has filed objections to the Findings and Recommendation.  Plaintiff has filed a response.

When either party objects to any portion of the Magistrate's Findings and Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate's report.  See 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).

Having given a *de novo* review of the issues raised in petitioner's objections to the Findings and Recommendation, I find no error.  I find plaintiff's citation to Evans v. Chater, 110 F.3d 1480 (9th Cir. 1997) to be particularly persuasive.

///


///

Page 2 - ORDER

Accordingly, I ADOPT Magistrate Judge Hubel's Findings and Recommendation (#9) and DENY the Commissioner's Motion to Dismiss (#4), and REMAND the case to the Commissioner for a determination of whether good cause exists for extending the time to request review, because mental incapacity prevented plaintiff from requesting timely review of the Commissioner's denial of benefits.

IT IS SO ORDERED.

Dated this ___14th_____ day of April, 2006.

                                                  /s/ Garr M. King
                                                Garr M. King
                                                United States District Judge