IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT MOE,

    Plaintiff,

    v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

Civil No. 05-6302-HU

O R D E R

Kathryn Tassinari
Drew L. Johnson
1700 Valley River Drive
Eugene, Oregon  97401

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon  97204

Page 1 - ORDER

Richard M. Rodriguez
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, suite 2900 M/S 901
Seattle, Washington 98104

  Attorneys for Defendant

KING, Judge:

  The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on September 20, 2006. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

  Accordingly, I ADOPT Magistrate Judge Hubels's Findings and Recommendation (#20).

  IT IS HEREBY ORDERED that Moe's Application for Fees under the EAJA (#15) is granted. I award Moe $4,917.18.

  DATED this  6th  day of October, 2006.

          /s/ Garr M. King
           GARR M. KING
          United States District Judge

Page 2 - ORDER