FILED'07 JUN 25 18:11 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ROBERT MOE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

Civil No. 05-6302-HU

O R D E R

Kathryn Tassinari
Drew L. Johnson
1700 Valley River Drive
Eugene, Oregon 97401

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, Oregon 97204

Page 1 - ORDER

Richard M. Rodriguez
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 901
Seattle, Washington 98104

    Attorneys for Defendant

KING, Judge:

    The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on May 11, 2007. Plaintiff filed timely objections to the Findings and Recommendation. When either party objects to any portion of a magistrate's Findings and Recommendation, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). The matter is before this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).

    This court has, therefore, given de novo review of the rulings of Magistrate Judge Hubel. This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel (#27) in its entirety.

    IT IS HEREBY ORDERED that counsel is awarded fees in the amount of $10,575.

    DATED this 25th day of June, 2007.

                                          /s/ Garr M. King
                                          GARR M. KING
                                          United States District Judge